52 So.2d 889

**R. O. POUNDSTONE v. STATE.**

**8 Div. 975.**

Court of Appeals of Alabama.

Jan. 23, 1951.

PER CURIAM.

Affirmed.

52 So.2d 889

**Dalton POWERS v. STATE.**

**8 Div. 981.**

Court of Appeals of Alabama.

Jan. 23, 1951.

PER CURIAM.

Affirmed.

52 So.2d 889

**Ural M. PRESSLEY v. STATE.**

**7 Div. 127.**

Court of Appeals of Alabama.

Jan. 23, 1951.

PER CURIAM.

Affirmed.

53 So.2d 896

**WIll PRESLEY v. CITY OF BIR-
MINGHAM.**

**6 Div. 206.**

Court of Appeals of Alabama.

May 1, 1951.

Gibson & Hewitt, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

CARR, Presiding Judge.

Affirmed on authority of Smith v. City of Birmingham, ante, p. 72, 52 So.2d 394.

55 So.2d 926

**Joe RACKLEY, Jr. v. STATE.**

**5 Div. 343.**

Court of Appeals of Alabama.

Nov. 27, 1951.

HARWOOD, Judge.

Affirmed.

52 So.2d 890

**James ROBERTS v. STATE.**

**8 Div. 972.**

Court of Appeals of Alabama.

Jan. 23, 1951.

PER CURIAM.

Affirmed.